UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 19094
   DARRYLL E WHITTINGTON
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-8877
```

----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/16/07 .

    2.  The case was dismissed without confirmation, 01/11/2008.

----------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREGORY K STERN | ORIGINAL ATTO | NOT FILED | .00 | .00 |

    Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, PRO SE DEBTOR            , was allowed $     .00
and was paid $     .00 .

The Trustee received $     .00 .

Refunds to the Debtor totaled $     .00 .




Dated: 04/16/08                  /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

```
                              PAGE   2
        CASE NO. 07 B 19094 DARRYLL E WHITTINGTON
```